UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| THE MORTGAGE SOURCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET PATTERSON,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 2:18-cv-00056-RWS |

.  **JUDGMENT**

This action having come before the court, Honorable Richard W. Story, Senior United States District Judge, for consideration of the Defendant's Motions to Dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed** without prejudice as to all state law claims**.**

Dated at Gainesville, Georgia, this 3rd day of April, 2019.

JAMES N. HATTEN
CLERK OF COURT

By:    s/Shane Gazaway
          Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
  April 3, 2019
James N. Hatten
Clerk of Court

By: s/Shane Gazaway
        Deputy Clerk